FILED _____ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 26 ....

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1   D. Lee Roberts, Jr., Esq.
    Nevada Bar No. 8877
2   Howard J. Russell, Esq.
    Nevada Bar No. 8879
3   WEINBERG, WHEELER, HUDGINS,
        GUNN & DIAL, LLC
4   3773 Howard Hughes Parkway, Suite 390N
    Las Vegas, Nevada 89169
5   Telephone: (702) 938-3838
    Facsimile: (702) 938-3864
6
    *Attorneys for Defendant PACCAR Inc.*
7

8           **IN THE UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
9
    THE ESTATE OF PATRICK THOMAS          )
10  TUSTIN, by and through THERESA E. LEE,)
    Special Administrator, et al.,         )
11                                         )
            Plaintiffs,                    )
12                                         )   CIVIL ACTION NO.:
    v.                                     )   2:07-CV-673-BES-GWF
13                                         )
    KLB CONSTRUCTION, INC., a Washington   )   **STIPULATION AND ORDER OF**
14  Corporation, PETERBUILT CORPORATION,   )   **DISMISSAL WITH PREJUDICE**
    a California Corporation, et al.,      )   **OF PACCAR INC.**
15                                         )
            Defendants.                    )
16  _____   )

17          COME NOW the parties, by and through their undersigned counsel, and hereby stipulate,

18  pursuant to FED. R. CIV. P. 41(a), that the above-referenced matter is dismissed with prejudice as to

19  PACCAR Inc., improperly named and sued as "Peterbuilt Corporation", with all parties to bear

20  their own costs and fees as to the claims against PACCAR Inc., improperly named and sued as

21  "Peterbuilt Corporation".

22          Respectfully submitted this 22nd day of August, 2008.

23
    */s/ Kevin M. Hanratty*
24  Kevin M. Hanratty, Esq.
    HOFLAND & ASSOCIATES
25  4495 S. Pecos Road
    Las Vegas, Nevada 89121
26  *Attorney for Plaintiff*

27  [SIGNATURES CONTINUED]

                                    Page 1 of 3

*/s/ Jeffrey D. Olster*
Jeffrey D. Olster
Jorge A. Ramirez
LEWIS BRISBOIS BISGAARD & SMITH, LLP
400 S. Fourth Street, Suite 500
Las Vegas, Nevada 89101
*Attorney for KLB Construction, Inc.*

*/s/ Howard J. Russell*
D. Lee Roberts, Jr., Esq.
Howard J. Russell, Esq.
WEINBERG, WHEELER, HUDGINS
GUNN & DIAL, LLC
3773 Howard Hughes Parkway
Suite 390N
Las Vegas, Nevada 89169
*Attorneys for PACCAR, Inc.*

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, this action against PACCAR Inc., improperly named and sued as "Peterbuilt Corporation", and all claims against PACCAR Inc., improperly named and sued as "Peterbuilt Corporation", are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated: August 26, 2008

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3773 Howard Hughes Parkway, Suite 390N
Las Vegas, Nevada 89169
(702) 938-3838

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2008, a true and correct copy of the foregoing **DISMISSAL WITH PREJUDICE OF PACCAR INC.** was served electronically to the following:

Kevin M. Hanratty, Esq.
HOFLAND & ASSOCIATES
228 S. Fourth Street, Suite 100
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

Jeffrey D. Olster
Jorge A. Ramirez
LEWIS BRISBOIS BISGAARD & SMITH, LLP
400 S. Fourth Street, Suite 500
Las Vegas, Nevada 89101
*Attorney for KLB Construction, Inc.*

Cynthia S. Bowman
An employee of Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC

Page 3 of 3